IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

25-10203

| | |
|---|---|
| In Re: **Deets Mechanical Group LLC** | Bankruptcy No. |
| | Chapter **7** |
| Debtor | |
| **Deets Mechanical Group LLC** Movant | Related to Document No. 1 |
| v. | |
| No Respondent | |

## NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(e) I, __**Kenneth Steidl 34965**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By: **/s/ Kenneth Steidl**
Signature
**Kenneth Steidl 34965**
Typed Name
**436 Seventh Avenue**
**Suite 322**
**Pittsburgh, PA 15219**
Address
**412-391-8000 Fax:412-391-0221**
Phone No.
**34965 PA**
List Bar I.D. and State of Admission

**PAWB Local Form 29 (07/13)**

25-10203

84 Lumber Company
PO Box 365
Eighty Four, PA 15330-0365

Airgas USA
PO Box 734445
Chicago, IL 60673-4445

Amazon
410 Terry Ave
Seattle, WA 98109

American Funds
PO Box 659530
San Antonio, TX 78265-9530

Aquaflow Pump & Supply Company Inc
PO box 98
Bear, DE 19701

Betsy Kellner Tax Collector
PO Box 295
Seneca, PA 16346

Business Exits
4136 Del Ray Ave
Marina Del Rey, CA 90292

Carrier Enterprise LLC
P.O. Box 33133
241 Clinton Rd
Newark, NJ 07188-0133

Churchtowne
860 Sunol Rd
Cochranton, PA 16314

Clint Moore
585 Old Pittsfield Rd
Youngsville, PA 16371

Comfort Supply Inc
150 Kisow Dr
Pittsburgh, PA 15205

Culligan Water
425 Seneca St
Oil City, PA 16301-1308

Daykin
PO Box 660503
Dallas, TX 75266-0503

25-10203

Deckman Company
1200 Cuddy Lane
Cuddy, PA 15031

Ductworks Inc
625 Plum Industrial Court
Pittsburgh, PA 15239

Enterprise Fleet Management
600 Corporate Park Dr
Ballwin, MO 63011

Explore Your Town Inc
PO Box 86
500 Main St
Clarion, PA 16214

Famous Enterprises
PO Box 951344
Cleveland, OH 44193

Fastenal Industrial & ConstructionSupply
PO Box 1286
Winona, MN 55987-0978

First Energy
5001 Nasa blvd
Fairmont, WV 26554

Grainger
Dept. 880986336
Palatine, IL 60038-0001

Great America Financial Services
P.O. Box 660831
Dallas, TX 75266-0831

Hazlett Sheet Metal
PO box 1196
Oil City, PA 16301

Herc Rentals
27500 Riverview Center Blvd
Suite 100
Bonita Springs, FL 34134

HVAC Distributors Inc
2 Old Market St
Mount Joy, PA 17552

Interstate Battery Systems
103 Sandy Creek Rd
Verona, PA 15147

25-10203

Interstate Pipe & Supply Company
152 Hindman Road
Butler, PA 16001

Irr Supply Centers, Inc.
908 Niagara Falls Blvd.
North Tonawanda, NY 14120

J2 Media LLC
16271 Conneaut Lake Rd
Suite 102
Meadville, PA 16335

Johnston Supply
PO Box 706371
Cincinnati, OH 45270-6371

Klapec Trucking Company
PO box 422
Reno, PA 16343

Lamar Companies
PO Box 746966
Atlanta, GA 30374-6966

Lennox Industries
PO Box 910549
Dallas, TX 75391

LPI
4560 East 71st St
Cleveland, OH 44105

National Fuel
6363 Main St
Buffalo, NY 14221

Noftz Sheet Metal Inc
2737 Penn Ave
Pittsburgh, PA 15222

Phillip & Diane Deets
903 Liberty St
Franklin, PA 16332

Phillip and Diane Deets
c/o Gregory Merkel, Esquire
1030 Liberty St
Franklin, PA 16323

Pioneer Electric Supply Company
PO box 348
Route 8
Franklin, PA 16323

25-10203

25-10203

Pittsburgh Air Systems Inc
208 Bellmare Dr
Pittsburgh, PA 15205

PNC Equipment Finance
PO Box 825303
Philadelphia, PA 19182

RE Michel Company LLC
One RE Michel Drive
Baltimore, MD 21060

Robertson Heating Supply Company
500 West Main St
PO Box 2448
Alliance, OH 44601-0448

S&S Industrial Insulation Sales Inc
2320 Warfel Ave
Erie, PA 16503

Seven Mountains Media
900 Water St
Meadville, PA 16335

Standard Air & Light
2406 Woodmere Dr
PO Box 44445
Pittsburgh, PA 15205

Sunbelt Rentals Inc
PO Box 409211
Atlanta, GA 30384

Trane Inc
PO box 406469
Atlanta, GA 30384-6469

Unifirst Corporation
PO Box 650481
Dallas, TX 75265-0481

United Refridgeration Inc
PO Box 644628
Pittsburgh, PA 15264

UPS
PO Box 809488
Chicago, IL 60680-9488